IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of<br><br>MONTANO, JOHN CHARLES<br>MONTANO, VIRGINIA JEANNE,<br><br>                    Debtors. | Case No. 06-31699<br>Chapter 7 |

## NOTICE OF UNCLAIMED FUNDS

Trustee, Jacqueline Sells Homann, submits her Notice of Unclaimed Funds as follows:

| | |
|---|---|
| CitiFinancial Auto Corporation<br>430 Oak Grove Street #200<br>Minneapolis, MN 55403-3234<br>AND<br>CitiFinancial Auto Corporation<br>PO Box 183036<br>Columbus, OH 43218-3036 | $2,875.60 |

Dated: October 21, 2010

Respectfully submitted,

/s/Jacqueline Sells Homann
Jacqueline Sells Homann
Jones Obenchain, LLP
600 KeyBank Building
202 South Michigan Street
Post Office Box 4577
South Bend, Indiana 46634
Telephone: (574) 233-1194
Facsimile: (574) 233-8957
Email: jshtrustee@jonesobenchain.com

2

CERTIFICATE OF SERVICE

    I hereby certify that on the 21st day of October 2010, a true and correct copy of the above and foregoing Notice of Unclaimed Funds was served as follows:

| | |
|---|---|
| Steven J. Glaser | United States Trustee |
| Glaser.Bankruptcy@verizon.net | ustpregion10.so.ecf@usdoj.gov |

                                                /s/ Jacqueline Sells Homann
                                               Jacqueline Sells Homann